# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HARLEY MARINE FINANCING LLC,** | § § § | |
| **Plaintiff,** | § § | **Civil Action No. 4:23-cv-03507** |
| v. | § § | **Admiralty Rule 9(h)** |
| | § | |
| **INEOS US CHEMICALS COMPANY,** | § § | |
| **Defendant.** | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order of Interested Parties (Dkt. 4), Plaintiff Harley Marine Financing LLC files its Certificate of Interested Parties, respectfully showing the Court the following persons and/or entities that are financially interested in this suit:

1. Harley Marine Financing LLC

2. Centerline Logistics Corporation

3. INEOS US Chemicals Company

4. <u>Braemar Shipbrokering</u>

Dated: October 4, 2023
Houston, Texas

Respectfully submitted,

*/s/ Douglas J. Shoemaker*
Douglas J. Shoemaker
BLANK ROME LLP
State Bar No. 00788406
Federal I.D. No. 16854
Zachary R. Cain
State Bar No. 24078297
Federal I.D. No. 1829905
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 402-7650 Telephone
(713) 228-6605 Facsimile
Email: dshoemaker@blankrome.com
Email: zcain@blankrome.com

Thomas Belknap
BLANK ROME LLP
New York Bar No. 2836427
Federal I.D. No. TB3188
*Pro Hac Vice Pending*
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000 Telephone
(212) 885-5001 Facsimile
Email: Thomas.belknap@blankrome.com

***Attorneys-in-charge for Plaintiff,***
***Harley Marine Financing, LLC***

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with Federal Rule of Civil Procedure 5 on all counsel and/or parties of record on this 4th day of October 2023.

*/s/ Douglas J. Shoemaker*
Douglas J. Shoemaker